UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a Wisconsin corporation,**

      Plaintiff,

vs.                                      No. CIV-07-1142 JEC/DJS

**MONICA LUJAN, individually and as
Personal Representative of the
Estate of Peggy M. Lujan-Silva, deceased,**

      Defendant.

## ORDER TO SEAL FIVE DOCUMENTS

THIS MATTER having come before the Court on the parties' Joint Motion to Seal Five Documents Containing the Names of Two Minors (Doc. 31), the Court having reviewed the Joint Motion, and being otherwise fully advised in the premises, FINDS that the identity and the privacy of the minors should be protected. The Court further FINDS that the public's access to these public records would be adequately protected if these five documents are sealed. Members of the public who wish to view the redacted versions of the sealed documents are directed to the exhibits to the Joint Motion (Doc. 31). The Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Docket Nos. 20, 21, 22, 23 and 24 in this action be SEALED, and the Clerk of the Court is hereby authorized and directed to SEAL Docket Nos. 20, 21, 22, 23 and 24 in this action.

_____
HONORABLE DON J. SVET

2

Approved by:


 /s/ Brant L. Lillywhite
Brant L. Lillywhite
*Attorneys for Plaintiff*



 /s/ Electronic Approval 10/29/09
Paul Maestas
*Attorneys for Defendant*